| | |
|---|---|
| United States District Court<br>Southern District of Illinois | 3:21-cv-00799-DWD |
| Emma Shelton, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>           - against -<br><br>Kraft Heinz Foods Company,<br><br>                      Defendant | Notice of Voluntary Dismissal |

Plaintiff gives notice that this action is voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   August 28, 2021

                                                          Respectfully submitted,

                                                          Sheehan & Associates, P.C.

                                                          /s/Spencer Sheehan
                                                          Spencer Sheehan
                                                          60 Cuttermill Rd Ste 409
                                                          Great Neck NY 11021-3104
                                                          Tel: (516) 268-7080
                                                          Fax: (516) 234-7800
                                                          spencer@spencersheehan.com